■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN K., Appellant. [756 NYS2d 806] —Appeal from an adjudication of Erie County Court (D'Amico, J.), entered February 7, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (see People v Griffin, 239 AD2d 936 [1997]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.